# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LENARD, JOAN A. | DISTRICT COURT, SOUTHERN DISTRICT OF FL | 03/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE SENIOR | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final | 01/01/2019 to 12/31/2019 |
| | 5b. ✔ Amended Report | |

**7. Chambers or Office Address**

400 NORTH MIAMI AVENUE
SUITE 12-1
MIAMI, FLORIDA 33128

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LENARD, JOAN A.** | 03/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | FLORIDA RETIREMENT SYSTEM-VESTED PENSION | $55,286.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | CITY OF NORTH MIAMI BEACH DEFINED BENEFIT PLAN |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. GROVE BANK AND TRUST, FORMERLY KNOWN AS COCONUT GROVE BANK | WAREHOUSE PROPERTIES,NORTH MIAMI BEACH, FLORIDA | P1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 6WELLS FARGO BANK#1 | A | Interest | L | T | | | | | |
| 2. WELLS FARGO BANK #2 | A | Interest | L | T | | | | | |
| 3. WELLS FARGO BANK #3 | A | Interest | L | T | | | | | |
| 4. WELLS FARGO BANK #4 | C | Interest | M | T | | | | | |
| 5. BBT BANK #1 | A | Interest | K | T | | | | | |
| 6. 1ST BANK | C | Interest | O | T | | | | | |
| 7. AMERANT BANK-(NAME CHANGE: FORMERLY KNOWN AS MERCANTIL COMMERCEBANK) | C | Interest | O | T | | | | | |
| 8. AMERICAN EXPRESS BANK,FSB | B | Interest | N | T | | | | | |
| 9. CAPITAL ONE | B | Interest | N | T | | | | | |
| 10. CITY NATIONAL BANK | A | Interest | J | T | | | | | |
| 11. VANGUARDPRIME MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 12. VANGUARD TAX-EXEMPT MONEY MARKET FUND | B | Dividend | N | T | | | | | |
| 13. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | C | Dividend | M | T | | | | | |
| 14. VANGUARD HIGH YIELD TAX-EXEMPT FUND | C | Dividend | M | T | | | | | |
| 15. NORTHEAST INV. TRUST | D | Dividend | L | T | | | | | |
| 16. GROVE BANK & TRUST(PREVIOUSLY COCONUT GROVE BANK) | B | Interest | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | | | | | |
| 18.  STOCKS/SECURITIES | | | | | | | | | |
| 19.  DETROIT EDISON-COMMON | C | Dividend | M | T | | | | | |
| 20.  NI SOURCE-COMMON | C | Dividend | M | T | | | | | |
| 21.  GYRODYNE CO'S.-COMMON | A | Dividend | J | T | | | | | |
| 22.  AT&T-COMMON | B | Dividend | K | T | | | | | |
| 23.  AT&T- COMMON | C | Dividend | M | T | | | | | |
| 24.  BOEING-COMMON | E | Dividend | P1 | T | | | | | |
| 25.  CMS ENERGY-COMMON | B | Dividend | L | T | | | | | |
| 26.  CONS. EDISON-COMMON | A | Dividend | K | T | | | | | |
| 27.  BANK OF AMERICA-COMMON | A | Dividend | K | T | | | | | |
| 28.  VISTRA - (NAME CHANGE: FORMERLY KNOWN AS DYNEGY ENERGY)-COMMON | A | Dividend | J | T | | | | | DIVIDEND STARTING:4/19 |
| 29.  DUFF & PHELEPS-COMMON | A | Dividend | K | T | | | | | |
| 30.  NEXTERA ENERGY-COMMON | B | Dividend | K | T | | | | | |
| 31.  INTEL CORP.-COMMON | B | Dividend | L | T | | | | | |
| 32.  NOKIA CORP.-COMMON | A | Dividend | | | Sold | 01/07/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. DREYFUS MUNICIPAL INCOME-COMMON | A | Dividend | J | T | | | | | |
| 34. WESTERN ASSET MANAGED MUNICIPALS FUND,INC.-COMMON(X) | A | Dividend | J | T | | | | | |
| 35. MERCK-COMMON | A | Dividend | M | T | | | | | |
| 36. VODAPHONE-COMMON | A | Dividend | K | T | | | | | |
| 37. VERIZON COMM.-COMMON | B | Dividend | K | T | | | | | |
| 38. ENTERGY CORP.-COMMON | A | Dividend | K | T | | | | | |
| 39. CENTURYLINK,INC.-COMMON | A | Dividend | J | T | | | | | |
| 40. AT&T-COMMON | B | Dividend | L | T | | | | | |
| 41. CISCO-COMMON | B | Dividend | M | T | | | | | |
| 42. ORACLE-COMMON | C | Dividend | M | T | | | | | |
| 43. BBX CAPITAL CORP-COMMON | | None | K | T | | | | | |
| 44. BLACKROCK FL MUNICIPAL FUND | B | Interest | K | T | | | | | |
| 45. SPANISH BROADCASTING SYSTEM-COMMON | | None | | | Sold | 03/05/19 | J | A | |
| 46. COMCAST CORP.-COMMON | A | Dividend | K | T | | | | | |
| 47. EATON VANCE MUNICIPAL INCOME TRUST | A | Dividend | K | T | | | | | |
| 48. | | | | | | | | | |
| 49. INVESTMENT PROJECTS | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. | PIER ONE IMPT/OCALA,FL | D | Rent | L | U | | | | | |
| 51. | COMM'L DEVLP/LEHMN,NORTH MIAMI BEACH,FL | F | Distribution | P1 | U | | | | | |
| 52. | NMB CMMRC CTR.LLC,NORTH MIAMI BEACH,FL | G | Rent | P1 | U | | | | | |
| 53. | SELECT FUNDING ASSOC.,FL | A | Interest | J | T | | | | | |
| 54. | | | | | | | | | | |
| 55. | RETIREMENT ACCOUNTS | | | | | | | | | |
| 56. | OPPENHEIMER FUNDS:M/MF # 1 | B | Interest | K | T | | | | | |
| 57. | OPPENHEIMER FUNDS:GNMA # 2 | C | Dividend | L | T | | | | | |
| 58. | WELLS FARGO LARGE CAP FUNDS INTRINSIC VALUE-ADM | B | Int./Div. | K | T | | | | | |
| 59. | WELLS FARGO SMALL/MID-CAP FUNDS OPPORTUNITY-ADM | B | Int./Div. | K | T | | | | | |
| 60. | FEDERATED KAUFMANN FUND | D | Dividend | K | T | | | | | |
| 61. | FIDELITY (IRA) | A | Interest | K | T | | | | | |
| 62. | LADENBURG THALMANN FINANCIAL-COMMON SERVICES,INC-COMMON | | None | J | T | | | | | |
| 63. | OPKO HEALTH,INC.-COMMON | | None | J | T | | | | | |
| 64. | GENERAL ELECTRIC-COMMON | A | Dividend | K | T | | | | | |
| 65. | ENERGY TRANSFER PARTNERS-COMMON | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. CONOCO PHILLIPS-COMMON | A | Dividend | J | T | | | | | |
| 67. PHILLIPS 66-COMMON | A | Dividend | J | T | | | | | |
| 68. FL DEFERRED.COMP.PLN LARGE -CAP STOCKS- MSIF GrP | B | Interest | L | T | | | | | |
| 69. FL DEFERRED COMP. PLAN BONDS- DODGE COX INC. | A | Int./Div. | K | T | | | | | |
| 70. FL DEFERRED COMP. PLAN FIXED ASSETS/CASH TOTAL-NRS FLORIDA FIXED FUND | A | Int./Div. | K | T | | | | | |
| 71. FL DEFERRED COMP. PLAN ASSET ALLOCATION-NW INV DEST MOD SVC | B | Int./Div. | K | T | | | | | |
| 72. ICMA RC 457 DEFERRED COMP. STABLE VALUE//CASH MANAGEMENT-VT PLUS FUND | A | Int./Div. | K | T | | | | | |
| 73. ICMA RC 457 DEFERRED COMP. BOND- LOOMIS SAYLES BOND INSTL | A | Int./Div. | K | T | | | | | |
| 74. ICMA RC 457 DEFERRED COMP. BALANCED/ASSET ALLOCATIONVT/ VP MILEST.2010 | A | Int./Div. | M | T | | | | | |
| 75. ICMA RC 457 DEFERRED COMP. AM FUNDS 2010 TRGT DT RET R4 | A | Int./Div. | M | T | | | | | |
| 76. ICMA RC DEFERRED COMP. AM FUNDS 2010 TRGT DATEVRET R4 | A | Int./Div. | L | T | | | | | |
| 77. ICMA RC DEFERRED COMP. U.S. STOCK PUTNAM EQUITY INCOME Y | A | Int./Div. | M | T | | | | | |
| 78. ICMA RC DEFERRED COMP. VANGUARD TOTAL STOCK MKT IDX | A | Int./Div. | N | T | | | | | |
| 79. FIDELITY ANNUITYVIP ASSET MANAGER | A | Int./Div. | M | T | | | | | |
| 80. FIDELITY ANNUITY VIP CONTRAFUND | A | Int./Div. | M | T | | | | | |
| 81. FIDELITY ANNUITY VIP EQUITY INCOME | A | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. FIDELITY ANNUITY VIP HIGH INCOME | A | Int./Div. | L | T | | | | | |
| 83. FIDELITY ANNUITY VIP INV GRADE BOND | A | Int./Div. | K | T | | | | | |
| 84. FIDELITY ANNUITY VIP OVERSEAS | A | Int./Div. | K | T | | | | | |
| 85. FIDELITY ANNUITY VIP HEALTHCARE | A | Int./Div. | K | T | | | | | |
| 86. OPPENHEIMER FDS:M/MF #1 | B | Interest | K | T | | | | | |
| 87. OPPENHEIMER FDS:GMMA #2 | B | Dividend | K | T | | | | | |
| 88. FIDELITY CASH RES. | A | Interest | J | T | | | | | |
| 89. ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 90. EDISON INT.-COMMON | A | Dividend | K | T | | | | | |
| 91. CISCO-COMMON | A | Dividend | J | T | | | | | |
| 92. HEWLETT-PACKARD- COMMON | A | Dividend | J | T | | | | | |
| 93. HEWLETT -PACKARD ENTERPRISE- COMMON | A | Dividend | J | T | | | | | |
| 94. GENERAL ELECTRIC-COMMON | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. OTHER ACCOUNTS | | | | | | | | | |
| 97. CON.EDISON-COMMON | C | Dividend | M | T | | | | | |
| 98. WENDY'S ARBY GROUP,INC. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. RESTAURANT BRANDS INTL. | A | Dividend | J | T | | | | | |
| 100. U.S.SAVINGS BONDS | B | Interest | K | T | | | | | |
| 101. ISRAEL SAVINGS BONDS | A | Interest | K | W | | | | | |
| 102. COCA COLA EUROPEAN ENTP.-COMMON | A | Dividend | K | T | | | | | |
| 103. BBX CAPITAL CORP.-COMMON | | None | K | T | | | | | |
| 104. VIACOM-COMMON | A | Dividend | K | T | | | | | |
| 105. CBS-COMMON | A | Dividend | K | T | | | | | |
| 106. OUTFRONT MEDIA INC.- COMMON | | None | J | T | | | | | |
| 107. SEMPRA ENERGY-COMMON | A | Dividend | K | T | | | | | |
| 108. DISNEY CORP.-COMMON | A | Dividend | K | T | | | | | |
| 109. BP AMOCO -COMMON | A | Dividend | L | T | Buy (add'l) | 11/14/19 | K | | |
| 110. DAIMLER AG-COMMON | A | Dividend | K | T | | | | | |
| 111. EXELON CORP.-COMMON | A | Dividend | K | T | | | | | |
| 112. EVERSOURCE ENERGY-COMMON | A | Dividend | K | T | | | | | |
| 113. PG & E CORP.-COMMON | B | Dividend | K | T | | | | | |
| 114. CISCO -COMMON | A | Dividend | L | T | | | | | |
| 115. COMCAST-COMMON | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 116. PFIZER-COMMON | A | Dividend | K | T | | | | | |
| 117. CITIGROUP-COMMON | A | Dividend | K | T | | | | | |
| 118. BCE,INC.-COMMON | A | Dividend | J | T | | | | | |
| 119. WASTE MANAGEMENT-COMMON | A | Dividend | J | T | | | | | |
| 120. DUKE ENERGY-COMMON | B | Dividend | K | T | | | | | |
| 121. ENTERPRISE PRODUCTS PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 122. CENTERPOINT ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 123. GLAXOSMITHKLINE -COMMON | A | Dividend | J | T | | | | | |
| 124. NCR CORP-COMMON | A | Dividend | K | T | | | | | |
| 125. TERADATA CORP.-COMMON | A | Dividend | J | T | | | | | |
| 126. MICROSOFT CORP.-COMMON | A | Dividend | K | T | | | | | |
| 127. NUVEEN MUNI CRDT INCME FND | A | Dividend | K | T | | | | | |
| 128. CELLCOM ISRAEL LTD.-COMMON | | None | | | Sold | 03/01/19 | J | B | |
| 129. ENERGY TRANSFER -COMMON | A | Dividend | J | T | | | | | |
| 130. TEEKAY TANKERS,INC.-COMMON | A | Dividend | J | T | | | | | |
| 131. NEW YORK COMMUNITY BANK CORP.-COMMON | A | Dividend | J | T | | | | | |
| 132. VALERO ENERGY CORP.-COMMON | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. BERKSHIRE HATHAWAY /B-COMMON | | None | J | T | | | | | |
| 134. ANNALY CAPITAL MANAGEMENT, INC.-COMMMON(X) | A | Dividend | J | T | | | | | |
| 135. FREEPORT McMORAN COOPER&GOLD,INC-COMMON(X) | A | Dividend | J | T | | | | | |
| 136. ARCOS DORADOS HOLDINGS,INC-COMMON | A | Dividend | J | T | | | | | |
| 137. PROCTOR&GAMBLE CORP.-COMMON | A | Dividend | K | T | | | | | |
| 138. CHESAPEAKE ENERGY CORP.-COMMON | A | Dividend | J | T | Buy (add'l) | 05/28/19 | J | | |
| 139. KRAFT HEINZ CO..-COMMON | A | Dividend | K | T | Buy (add'l) | 02/27/19 | K | | |
| 140. MONDELEZ INTL.,INC.-COMMON | A | Dividend | J | T | | | | | |
| 141. FIRST ENERGY CORP-COMMON | A | Dividend | J | T | | | | | |
| 142. ZOETLS,INC.-COMMON | A | Dividend | K | T | | | | | |
| 143. COLGATE-PALMOLIVE CO.-COMMON | A | Dividend | K | T | | | | | |
| 144. MASTERCARD INC.-COMMON | A | Dividend | K | T | | | | | |
| 145. NEXTERA ENERGY PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 146. WALGREENS BOOTS ALLIANCE INC.-COMMON | A | Dividend | K | T | Buy (add'l) | 04/05/19 | J | | |
| 147. CHEVRON CORP.-COMMON | A | Dividend | J | T | | | | | |
| 148. ROYAL DUTCH SHELL PLC.COMMON | A | Dividend | J | T | | | | | |
| 149. SOUTHERN COMPANY-COMMON | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. AMERICAN ELECTRIC POWER-COMMON | A | Dividend | J | T | | | | | |
| 151. PPL CORP.-COMMON | A | Dividend | K | T | | | | | |
| 152. KINDER MORGAN INC.-COMMON | A | Dividend | J | T | | | | | |
| 153. HERTZ GLOBAL HOLDINGS, INC.-COMMON | | None | J | T | | | | | |
| 154. SCHLUMBERGER LTD.-COMMON | A | Dividend | J | T | | | | | |
| 155. EXON MOBIL CORP.-COMMON | C | Dividend | L | T | Buy (add'l) | 08/22/19 | K | | |
| 156. ENBRIDGE,INC. | A | Dividend | J | T | | | | | |
| 157. APPLE,INC-COMMON | A | Dividend | M | T | Buy (add'l) | 05/20/19 | K | | |
| 158. NIKE,INC- COMMON | A | Dividend | K | T | | | | | |
| 159. ABBOTT LABORATORIES-COMMON | A | Dividend | J | T | | | | | |
| 160. DOW DUPONT,INC (3 CO.'S SPUNOFF - SEE LINES 176-178) -COMMON | A | Dividend | J | T | | | | | |
| 161. BRISTOL-MYERS SQUIB-COMMON | A | Dividend | K | T | | | | | |
| 162. PIMCO MUNI INCOME FUND-COMMON | A | Dividend | K | T | | | | | |
| 163. PUTNAM MANAGED MUNI INCOME FUND-COMMON | A | Dividend | K | T | | | | | |
| 164. EATON VANCE MUNICI BOND FUND | A | Dividend | K | T | | | | | |
| 165. CAMPBELL SOUP,INC.-COMMON | A | Dividend | J | T | | | | | |
| 166. RITE AID CORP.-COMMON | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 167. AES CORP.-COMMON | A | Dividend | K | T | | | | | |
| 168. SPRINT-COMMON | | None | J | T | | | | | |
| 169. PINNACLE WEST CAPITAL CORP-COMMOM | A | Dividend | J | T | | | | | |
| 170. KIMBERLY CLARK-COMMON | A | Dividend | J | T | | | | | |
| 171. NUVEEN DIVIDEND ADVANTAGE MUNI FUND-COMMON | A | Dividend | K | T | | | | | |
| 172. CVS HEALTH CORP.-COMMON | A | Dividend | K | T | Buy (add'l) | 05/07/19 | L | | |
| 173. GENERAL MILLS-COMMON | A | Dividend | J | T | | | | | |
| 174. DOMINION ENERGY-COMMON | A | Distribution | K | T | | | | | |
| 175. CATERPILLAR-COMMON(X) | A | Dividend | M | T | Buy | 05/13/19 | M | | |
| 176. CORTEVA,INC(SPINOFF FROM DOW DUPONT, LINE 160 -COMMON(X) | A | Dividend | J | T | | 06/01/19 | J | | |
| 177. DOW,INC.-(SPINOFF FROM DOW DUPONT,INC, LINE 160)- COMMON (X) | A | Dividend | J | T | | 04/01/19 | J | | |
| 178. DUPONT-(SPINOFF FROM DOW DUPONT, LINE 160)-COMMOM (X) | A | Dividend | J | T | | 06/01/19 | J | | |
| 179. CVS HEALTH CORP-COMMON (X) | A | Dividend | L | T | Buy | 05/09/19 | K | | |
| 180. CARDINAL HEALTH-COMMON(X) | A | Dividend | J | T | Buy | 01/03/19 | J | | |
| 181. CARNIVAL CORP-COMMON(X) | A | Dividend | K | T | Buy | 08/23/19 | K | | |
| 182. FOX CORP-COMMON(X) | A | Dividend | K | T | Buy | 03/26/19 | J | | |
| 183. ABBVIE, INC.-COMMON(X) | C | Dividend | L | T | Buy | 06/27/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 184. ENOCHIAN BIOSCIENCES INC-<br>COMMON(X) | | None | J | T | Buy | 06/28/19 | J | | |
| 185. KROGER-COMMON(X) | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 186. PIMCO CORPORATE OPPORTUN-<br>COMMON(X) | A | Dividend | J | T | Buy | 01/30/19 | J | | |
| 187. WILLIAMS COMPANIES-COMMON (X) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 188. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LENARD, JOAN A.** | 03/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOAN A. LENARD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544